UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 04-10528 EFH

| | |
|---|---|
| KEVIN S. CLAPP<br>    Plaintiff,<br><br>v.<br><br>MASSACHUSETTS BAY<br>TRANSPORTATION AUTHORITY<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

  Kindly enter my appearance on behalf of defendant Massachusetts Bay Transportation Authority

                Respectfully submitted,
                The Massachusetts Bay Transportation
                Authority,

                by its attorneys,

                _____
                Sarah E. Lent, Esq.
                BBO No. 645156
                Smith & Duggan LLP
                Lincoln North
                55 Old Bedford Road
                Lincoln, MA  01773
                (617) 228-4400

Dated:  April 27, 2004