UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 04-10528 EFH

|  |  |
|---|---|
| KEVIN S. CLAPP<br>          Plaintiff,<br><br>v.<br><br>MASSACHUSETTS BAY<br>TRANSPORTATION AUTHORITY<br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF CHANGE OF FIRM ADDRESS

Please take notice that effective April 26, 2004, the undersigned counsel for Smith & Duggan LLP, who represent the Defendant Massachusetts Bay Transportation Authority in this action, are now located at the firm's Lincoln, Massachusetts office. New contact information for Attorney Walter Foster and Attorney Sarah Lent is as follows:

Smith & Duggan LLP
Lincoln North
55 Old Bedford Road
Lincoln, MA  01773
(617) 228-4400

                                         Respectfully submitted,
                                         The Massachusetts Bay Transportation
                                         Authority,

                                         by its attorneys,

                                         /s/ Walter M. Foster
                                         Walter M. Foster, Esq.
                                         Sarah E. Lent, Esq.
                                         Smith & Duggan LLP
                                         Lincoln North
                                         55 Old Bedford Road
                                         Lincoln, MA  01773
                                         (617) 228-4400

Dated:  April 27, 2004