UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KEVIN S. CLAPP,          )<br>    Plaintiff,                  )<br>                                )<br>v.                                 )<br>                                )<br>MASSACHUSETTS BAY   )<br>TRANSPORTATION AUTHORITY,   )<br>    Defendant.               ) | DOCKET NO. 04-10528-EFH |

### JOINT MOTION TO CONTINUE SCHEDULING CONFERENCE

The parties hereby move to continue the Scheduling Conference currently scheduled for Tuesday, September 21, 2004 to a date after October 15, 2004. In support of this motion, the parties state as follows:

This matter is conditionally settled, subject to Plaintiff's approval for a disability retirement from the MBTA. A decision concerning that approval is expected at the Retirement Board's meeting of October 8, 2004. If Plaintiff is approved for disability retirement, as appears likely, the parties will be filing a stipulation of dismissal. If not, the litigation will continue and the parties will be prepared to go forward.


| | |
|---|---|
| _/ s / Richard A. Mulhearn_____ | _/ s /_Walter M. Foster_ |
| Richard A. Mulhearn | Walter M. Foster, Esquire |
| BBO: 359680 | BBO: 552917 |
| Law Offices of Richard A. Mulhearn | Smith & Duggan LLP |
| 41 Elm Street | 55 Old Bedford Road |
| Worcester, MA 01609 | Lincoln, MA 01773 |
| Tel: (508) 753-9999 | Tel: (617) 228-4400 |
| | |
| Attorney for Plaintiff | Attorney for Defendant |

Date: September 15, 2004.