EXHIBIT 3

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KEVIN S. CLAPP,            )<br>                            )<br>     Plaintiff,            )<br>                            )<br>vs.                         )<br>                            )<br>MASSACHUSETTS BAY           )<br>TRANSPORTATION AUTHORITY,   )<br>                            )<br>     Defendant.            )  | Docket No. 04-10528 EFH |

STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties stipulate to the dismissal of the above-entitled action brought by the Plaintiff, Kevin S. Clapp, with prejudice, with each party to bear his/its own costs and all rights of appeal waived.

*Attorney for Complainant,*  *Attorney for Respondent,*
 *Kevin S. Clapp*            *Massachusetts Bay Transportation Authority*


/s/ Richard A. Mulhearn, Esq.          /s/ Walter M. Foster, Esq.
_____        _____
Richard A. Mulhearn, Esq.              Walter M. Foster, Esq.
BBO No. 359680                         BBO No. 552917
41 Elm Street                          Smith & Duggan LLP
Worcester, MA 01609                    Lincoln North
(508) 753-9999                         55 Old Bedford Road
                                       Lincoln, MA 01773-1125
                                       (617) 228-4400